**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Bells-Savoy Community Emergency Services, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Texas Vital Care EMS |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7  5 – 1  7  3  6  3  1  7 |

**4. Debtor's address**

**Principal place of business**

612 E Bells Blvd
Number       Street

_____

Bells, TX 75414-4212
City                    State       ZIP Code

Grayson
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City                    State       ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City                    State       ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    Corporation (Non-Profit) 503(c)(3)

Debtor    Bells-Savoy Community Emergency Services, Inc.                          Case number *(if known)* _____
              Name

**7. Describe debtor's business**

*A. Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

*B. Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
6   2   1   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

            District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

            District _____ When _____
                                              MM / DD / YYYY

            Case number, if known _____

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Medical Supplies with Expiration Dates

**Where is the property?**  612 E Bells Blvd
Number        Street

Bells                                          TX      75414-4212
City                                           State   ZIP Code

**Is the property insured?**

☑ No

☐ Yes.   Insurance agency _____
         Contact name   _____
         Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000
☑ 100-199       ☐ 200-999      ☐ 10,001-25,000                     ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000               ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor    Bells-Savoy Community Emergency Services, Inc.         Case number *(if known)* _____
      Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/12/2023
         MM/  DD/  YYYY

**X** /s/ Jason Jones                          Jason Jones
Signature of authorized representative of debtor       Printed name

Title                Director

**18. Signature of attorney**

**X** /s/ Joseph F. Postnikoff       Date   06/12/2023
Signature of attorney for debtor                   MM/  DD/  YYYY

Joseph F. Postnikoff
Printed name

Rochelle McCullough, LLP
Firm name

300 Throckmorton St Ste 520
Number       Street

Fort Worth                TX       76102-2929
City                       State     ZIP Code

(817) 347-5260            jpostnikoff@romclaw.com
Contact phone                    Email address

16168320                    TX
Bar number                      State

Fill in this information to identify the case:

Debtor name ___ Bells-Savoy Community Emergency Services, Inc. ___

United States Bankruptcy Court for the:
___ Northern District of Texas ___

Case number (if known): ___

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **First United Bank** | **Checking account** | **8375** | **$1.00** |

**Additional Page Total** - *See continuation page for additional entries*                    **$1,351.31**

4.  **Other cash equivalents** *(Identify all)*
    **None**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$1,352.31**

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.  **$0.00**

---

**Part 3:    Accounts receivable**

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts Receivable**

    11a. 90 days old or less: $292,606.51 − $234,085.20 = ......➡    $58,521.31
    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old: $2,236,442.46 − $1,789,153.90 = ......➡    $447,288.50
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  **$505,809.81**

---

**Part 4:    Investments**

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.    $0.00

<hr>

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1  Medical Supplies | 03/01/2023 MM / DD / YYYY | (Unknown) | Market Price | $5,000.00 |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.    $5,000.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

<hr>

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Bells-Savoy Community Emergency Services, Inc.**                                    Case number *(if known)*
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

  **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

  **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

  **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

  **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

  **None**

**33.** **Total of Part 6**
  Add lines 28 through 32. Copy the total to line 85.                                                                    $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
  ☑ No
  ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
  ☑ No
  ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
  ☐ No. Go to Part 8.
  ☑ Yes. Fill in the information below.

Debtor   **Bells-Savoy Community Emergency Services, Inc.**          Case number *(if known)* _____
　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office furniture | **(Unknown)** | | **$2,000.00** |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **3 Zoll Refurbished X Series Defibrillators with attachments and accessories** | **(Unknown)** | | **$35,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$83,000.00** |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$120,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2014 Ford E-Series Cargo E-250 Van / VIN: 1FTNE2EW2EDA14302 Wheelchair Van** | **(Unknown)** | | **$25,000.00** |

Debtor    **Bells-Savoy Community Emergency Services, Inc.**

Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| **2014 Ram Braun 4500 / VIN: 3C7WRKBL4DG532715** Medical | | | |
| 47.2 Vehicle | **(Unknown)** | | **$79,650.00** |
| **2022 Ford Crestline F-350 / VIN: 1FDRF3HT0NEE69391** | | | |
| 47.3 Medical Vehicle | **(Unknown)** | | **$236,677.00** |

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**$341,327.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:** Real Property

---

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| Land<br>55.1 612 E Bells Blvd Bells, TX 75414-4212 | Fee Simple | **(Unknown)** | Grayson | **$550,000.00** |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

**$550,000.00**

---

Debtor    **Bells-Savoy Community Emergency Services, Inc.**

Name

Case number *(if known)*

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:** Intangibles and Intellectual Property

---

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| 61. **Internet domain names and websites** | | | |
| **None** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| **None** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 **Medical Records** | **(Unknown)** | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 **Other intangibles** | **(Unknown)** | | $1,000.00 |
| 65. **Goodwill** | | | |
| **None** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.
$1,000.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                    Case number *(if known)*
Name

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**   All other assets

**70.   Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.   Notes receivable**
Description (include name of obligor)

**None**

**72.   Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1  **Employee Retention Credit (Pending)**                    Tax year:  **2020, 2021**        **$1,285,567.00**

**73.   Interests in insurance policies or annuities**

**None**

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.   Trusts, equitable or future interests in property**

**None**

**77.   Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.   Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                        **$1,285,567.00**

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Bells-Savoy Community Emergency Services, Inc.**

Name

Case number *(if known)*

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,352.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $505,809.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $120,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $341,327.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................... | → | $550,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,285,567.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $2,260,056.12 | + 91b. $550,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................................... | | $2,810,056.12 |

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### ▉ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts - *Continued*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.2 | Cendera Bank, N.A. | Checking account | 3060 | $1.00 |
| 3.3 | Cendera Bank, N.A. | Checking account | 0024 | $1.00 |
| 3.4 | Legend Bank | Checking account | 9994 | $1,343.31 |
| 3.5 | First United Bank | Checking account | 9817 | $1.00 |
| 3.6 | First United Bank | Checking account | 9868 | $1.00 |
| 3.7 | First United Bank | Checking account | 9728 | $1.00 |
| 3.8 | Cendera Bank, N.A. | Checking account | 4629 | $1.00 |
| 3.9 | First United Bank | Savings account | 7288 | $1.00 |
| 3.10 | Cendera Bank, N.A. | Money market account | 3761 | $1.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**41.** Office equipment - *Continued*

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.2 | Office Equipment, Computer Equipment and Communication Systems Equipment and Software | (Unknown) | | $5,000.00 |
| 41.3 | 6 Stryker Power Pro XT Cot Model 6506 Stretchers with attachments and accessories | (Unknown) | | $60,000.00 |
| 41.4 | 4 Alaris 8015 Infusion Pumps with attachments and accessories | (Unknown) | | $6,000.00 |
| 41.5 | 12 Alaris 8100 Infusion Pumps with attachments and accessories | (Unknown) | | $12,000.00 |

---

Fill in this information to identify the case:

Debtor name ___Bells-Savoy Community Emergency Services, Inc.___

United States Bankruptcy Court for the: ___Northern___   District of ___Texas___
                                                                       (State)

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

Bruce Stidham Tax Assessor-Collector

**Creditor's mailing address**

100 Houston 11

Sherman, TX 75090

**Creditor's email address, if known**

_____

**Date debt was incurred** ___2023___

**Last 4 digits of account number** __3_ _0_ _1_ _6__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

Real Property Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
| --- | --- |
| $0.00 | unknown |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $799,652.99

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**

Cendera Bank, N.A.

**Creditor's mailing address**

615 E Bells Blvd

Bells, TX 75414-4261

**Creditor's email address, if known**

Date debt was incurred    9/16/2022

Last 4 digits of account number    8 1 0 0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Cendera Bank, N.A.; 2)** Cendera Bank, N.A.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $124,845.81    $550,000.00

Land

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _2_ of _6_

Debtor    <u>Bells-Savoy Community Emergency Services, Inc.</u>                    Case number (if known) _____

Name

| **Part 1:** | Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

Cendera Bank, N.A.

**Creditor's mailing address**

615 E Bells Blvd

Bells, TX 75414-4261

**Creditor's email address, if known**

_____

**Date debt was incurred**        9/26/2022

**Last 4 digits of account number**    2  1  0  0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☑ Yes. The relative priority of creditors is specified on lines __2.2__

**Describe debtor's property that is subject to a lien**            $126,684.38        $550,000.00

Land

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Bells-Savoy Community Emergency Services, Inc.
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Cendera Bank, N.A.

**Creditor's mailing address**

615 E Bells Blvd

Bells, TX 75414-4261

**Creditor's email address, if known**

_____

**Date debt was incurred**        9/16/2022

**Last 4 digits of account number**      4  2  0  0

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    For 2022 Ford Crestline F-350:
    **1) Cendera Bank, N.A.**; 2)
    First United Bank and Trust Co

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**        $299,178.27        $316,327.00

2022 Ford Crestline F-350, 2014 Ram Braun 4500

**Describe the lien**

Title

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.5** **Creditor's name**

First United Bank and Trust Co

**Creditor's mailing address**

Dennison Main Community Bank

931 W. Main

Denison, TX 75020

**Creditor's email address, if known**

| Date debt was incurred | 10/21/2022 |
|---|---|

| Last 4 digits of account number | 9 2 8 7 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

2022 Ford Crestline F-350

**Describe the lien**

Commercial Security Agreement on collateral

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $200,053.00 | $236,677.00 |
|---|---|

Debtor  <u>Bells-Savoy Community Emergency Services, Inc.</u>                    Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.6** **Creditor's name**

First United Bank and Trust Co

**Creditor's mailing address**

Dennison Main Community Bank

931 W. Main

Denison, TX 75020

**Creditor's email address, if known**

_____

**Date debt was incurred**  9/28/2022

**Last 4 digits of account number**  3  0  8  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 Ford E-Series Cargo E-250 Van

**Describe the lien**

Title

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $48,891.53

Column B: $25,000.00

Fill in this information to identify the case:

Debtor name     Bells-Savoy Community Emergency Services, Inc.

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** <br> Adam Z. Mitchell <br> 104 Mark Dr. <br> Denison, TX 75021 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the Claim:** <br> Former Employee <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $0.00 | $0.00 |
| **2.2** **Priority creditor's name and mailing address** <br> Amber N. Castle <br> 910 W. 8th St. <br> Bonham, TX 75418 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the Claim:** <br> Former Employee <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $0.00 | $0.00 |

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page |
|---|---|

---

**2.3** | Priority creditor's name and mailing address

Andrea M. Tinoco

411 County Road 33450

Sumner, TX 75486

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

$1,168.00     $1,168.00

---

**2.4** | Priority creditor's name and mailing address

Belinda D. Swearingin

7674 County Road 4617

Wolfe City, TX 75496

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

$983.85     $983.85

---

**2.5** | Priority creditor's name and mailing address

Billy G. Cox

PO Box 150

Collinsville, TX 76233

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

$5,151.03     $5,151.03

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                         Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**2.6** Priority creditor's name and mailing address

Chad J. Brem

3674 Us Highway 69

Denison, TX 75021-5966

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   **$5,083.02**   **$5,083.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address

Christopher R. Anderson

815 W Sears St

Denison, TX 75020

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   **$321.63**   **$321.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

Claudia Michelle Garrison

10733 W US Hwy 82

Savoy, TX 75479

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   **$218.48**   **$218.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Bells-Savoy Community Emergency Services, Inc.**                           Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |

---

**2.9** | Priority creditor's name and mailing address

Cody R. Auldridge
_____

508 W Denison Circle
_____

Bells, TX 75414
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          $5,489.60          $5,489.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

Conner D. Brinkley
_____

3430 W Houston St
_____

Paris, TX 75460
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          $477.60          $477.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11** | Priority creditor's name and mailing address

Courtney L. Spence
_____

1855 Winn Rd.
_____

Collinsville, TX 76233
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          unknown          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Former Employee
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

<div style="background:black;color:white;">**Part 1:**</div> Additional Page

---

**2.12** | Priority creditor's name and mailing address

Courtney M. Tallos

3412 Lynbrook Dr.

Plano, TX 75075

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **_(4)_**

As of the petition filing date, the claim is: $2,964.38   $2,964.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

Cramer D. Castle

PO Box 11

Gober, TX 75443

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **_(4)_**

As of the petition filing date, the claim is: $2,560.56   $2,560.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

Dakota L. Dickey

33 Macarthur Dr

Denison, TX 75020-6560

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **_(4)_**

As of the petition filing date, the claim is: $3,111.50   $3,111.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                              Case number *(if known)* _____

Name

---

| Part 1: | Additional Page |
|---------|-----------------|

**2.15** | Priority creditor's name and mailing address

Dakota W. Hunter

901 Sunset St.

Howe, TX 75459

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $1,392.00    $1,392.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

David Groom

504 Dusty Ln.

Sherman, TX 75092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $40.11    $40.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

David Y. Perez

1117 Reed Cir,.

Howe, TX 75459

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    unknown    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**2.18** | Priority creditor's name and mailing address

Debbie Albert

1260 Eastline Rd

Bells, TX 75414-2611

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$804.79          $804.79

---

**2.19** | Priority creditor's name and mailing address

Destany K. Lashley

3013 Northridge Dr. 1105

Sherman, TX 75090

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.20** | Priority creditor's name and mailing address

Diana K. Scriven

3050 E. Lamar St.

Sherman, TX 75090

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                    Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**2.21**

Priority creditor's name and mailing address

**Don F. Towns, III**

**2300 Sable Wood Dr.**

**Anna, TX 75409**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

unknown                    unknown

---

**2.22**

Priority creditor's name and mailing address

**Donna Abbott**

**242 W Lake St**

**Sherman, TX 75090**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,706.25                    $1,706.25

---

**2.23**

Priority creditor's name and mailing address

**Gary T. Halberstadt**

**13029 Palmera Dr.**

**Little Elm, TX 75068**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$8,401.27                    $8,401.27

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.24**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,279.37 | $3,279.37 |
|---|---|---|---|
| Gregory Agle | ☐ Contingent | | |
| 900 S FM 1417 | ☐ Unliquidated | | |
| Sherman, TX 75092 | ☐ Disputed | | |
| Date or dates debt was incurred _____ | **Basis for the Claim:** Wages | | |
| Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | | |

**2.25**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|
| Hannah G. Foster | ☐ Contingent | | |
| 2300 Sable Wood Dr. | ☐ Unliquidated | | |
| Anna, TX 75409 | ☐ Disputed | | |
| Date or dates debt was incurred _____ | **Basis for the Claim:** Former Employee | | |
| Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | | |

**2.26**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,764.97 | $7,764.97 |
|---|---|---|---|
| Internal Revenue Service | ☐ Contingent | | |
| Special Procedures-Insolvency | ☐ Unliquidated | | |
| P.O. Box 7346 | ☐ Disputed | | |
| Philadelphia, PA 19101 | | | |
| Date or dates debt was incurred _____ | **Basis for the Claim:** 941 Employers Federal Tax | | |
| Last 4 digits of account number 6 3 1 7 | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

Debtor **Bells-Savoy Community Emergency Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,521.13 | $2,521.13

Issac L. Weaver

207 E. Travis St.

Leonard, TX 75452

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,998.00 | $1,998.00

Jacob R. Taylor

558 Nunnalee Ave.

Van Alstyne, TX 75495

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $804.79 | $804.79

James Hudson

PO Box 343

Savoy, TX 75479

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Bells-Savoy Community Emergency Services, Inc.**                    Case number *(if known)* _____
              Name

| Part 1: | Additional Page |

---

**2.30**    **Priority creditor's name and mailing address**

James M. Morrison

1872 S. Shore Dr

Bonham, TX 75418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $3,118.50    $3,118.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31**    **Priority creditor's name and mailing address**

Jason K. Devore

8714 County Road 1039

Blue Ridge, TX 75424-3734

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $2,816.00    $2,816.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.32**    **Priority creditor's name and mailing address**

Jason M. Brocato

202 Fitzgerald Ct

Tioga, TX 76271-2606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $589.00    $589.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page |
|---|---|

---

**2.33**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,839.00 | $2,839.00 |
|---|---|---|---|

Jeffrey M. Bridges

623 E Heron St

Denison, TX 75021-6451

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.34**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.50 | $598.50 |
|---|---|---|---|

Jerielle D. Jarrett

1106 15th St.

Honey Grove, TX 75446

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.35**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.00 | $324.00 |
|---|---|---|---|

Jerry Carnes

205 Fitzgerald Ct.

Tioga, TX 76271

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                          Case number *(if known)* _____
_____
Name

---

| Part 1: | Additional Page |
|---|---|

---

**2.36**

**Priority creditor's name and mailing address**

Jerry W. Hinson

10733 W. US Highway 82

Savoy, TX 75479

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,981.94          $5,981.94

---

**2.37**

**Priority creditor's name and mailing address**

Jocelyn B. Moore

1872 S. Shore Dr

Bonham, TX 75418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,027.57          $2,027.57

---

**2.38**

**Priority creditor's name and mailing address**

Joe Dan Shelton

801 W. Hayes St.

Savoy, TX 75479

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,184.17          $7,184.17

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.39** | Priority creditor's name and mailing address

John W. Evans

1410 S Shore Dr

Bonham, TX 75418-5212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $504.00 — $504.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address

Jonathan McNeil

2700 S. Travis St.

Sherman, TX 75090

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $711.34 — $711.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address

Jordan A. Stowers

1435 Calimus Flatt Rd.

Bells, TX 75414

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $3,731.88 — $3,731.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 1: Additional Page

**2.42**

**Priority creditor's name and mailing address**

Joshua Clark

2301 W. White Avenue 718

Mckinney, TX 75071

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**   unknown      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43**

**Priority creditor's name and mailing address**

Joshua E. Aguirre

718 Hillside Dr.

Sherman, TX 75090

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**   unknown      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.44**

**Priority creditor's name and mailing address**

Joshua J. Mitchell

1135 Yowell Rd.

Whitesboro, TX 76273

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**   $2,223.00      $2,223.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 1:** Additional Page</div>

**2.45**

**Priority creditor's name and mailing address**

Joshua M. Grisolia

2156 Hodgins Rd.

Van Alstyne, TX 75495

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,227.50          $2,227.50

---

**2.46**

**Priority creditor's name and mailing address**

Joshua T. Ryals

500 Cowboy Way

Anna, TX 75409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.47**

**Priority creditor's name and mailing address**

Josue B. Hash-Castaneda

630 W. Texas St.

Denison, TX 75020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

<div style="background:black;color:white">Part 1:</div> Additional Page

---

**2.48**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,744.00 | $3,744.00 |
|---|---|---|---|
| Justin A. Howerton | *Check all that apply.* | | |

Justin A. Howerton

7300 Henneman Way 4111

Mckinney, TX 75070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.49**

**Priority creditor's name and mailing address**

Karen E. Gibbs

17344 N US Hwy 69

Whitewright, TX 75491

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**     $3,873.52     $3,873.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.50**

**Priority creditor's name and mailing address**

Kathryn A. Philpot

912 State Highway 11 E.

Wolfe City, TX 75496

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**     $680.00     $680.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**2.51**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,466.32 | $1,466.32 |
|---|---|---|---|

Kiefer J Hansen

1600 La Salle Dr.

Sherman, TX 75090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
Wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.52**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,859.20 | $3,859.20 |
|---|---|---|---|

Kyle R. Johnson

PO Box 927

Van Alstyne, TX 75495

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
Wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.53**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,053.50 | $1,053.50 |
|---|---|---|---|

Laura A. Rice

4574 N State Highway 121

Bonham, TX 75418

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
Wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Debtor **Bells-Savoy Community Emergency Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,585.40 | $5,585.40 |

**2.54**

Priority creditor's name and mailing address

Miles E. Thayer

806 Kipling Dr.

Allen, TX 75002

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Wages

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,585.40      $5,585.40

---

**2.55**

Priority creditor's name and mailing address

Natasha D. West

147 Tumbleweed Trl.

Denison, TX 75021

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Wages

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,520.00      $3,520.00

---

**2.56**

Priority creditor's name and mailing address

Richard W. Hartman, III

108 S. Lamar St

108 S. Lamar St.

Tioga, TX 76271

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Wages

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,430.94      $7,430.94

---

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.57**

**Priority creditor's name and mailing address**

Roman D. Wilburn

2300 W. Taylor St. 1401

Sherman, TX 75092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown                    unknown

---

**2.58**

**Priority creditor's name and mailing address**

Roo C Carpenter

226 Sherwood Dr

Gordonville, TX 76245-5728

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,815.49                    $2,815.49

---

**2.59**

**Priority creditor's name and mailing address**

Russell W. Hunter

901 Sunset St

Howe, TX 75459-4524

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown                    unknown

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.60** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,950.00 | $4,950.00
| | *Check all that apply.*

Ryan M. Ward

701 Verna Ln.

Denison, TX 75020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.61** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480.00 | $480.00
| | *Check all that apply.*

Sara J. Henne

PO Box 591

Bonham, TX 75418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.62** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $609.72 | $609.72
| | *Check all that apply.*

Shelby E. Dickerson

900 Rice St.

Denison, TX 75020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 1:   Additional Page

---

**2.63**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|

Taylor D. Jeffrey

1704 Timberline Ln.

Sherman, TX 75092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.64**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|

Texas Comptroller Of Public Accounts

State Comptroller of Public Accounts
Revenue Acct Div-Bk Section

P.O. Box 13528

Austin, TX 78711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.65**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|

Texas Workforce Commission

TEC Building- Bankruptcy

101 E. 15th Street

Austin, TX 78778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.66**

**Priority creditor's name and mailing address**

Timothy L. Sadler

809 W. 8th St.

Bonham, TX 75418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,415.02          $3,415.02

---

**2.67**

**Priority creditor's name and mailing address**

Tyler C. Lollar

108 Kristy Ct.

Pottsboro, TX 75076

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.68**

**Priority creditor's name and mailing address**

U.S. Department of Labor

Legal Counsel
Office Number N-2700

200 Constitution Ave Nw

Washington, DC 20210-0001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 1:  Additional Page

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,378.50 | $4,378.50 |
|---|---|---|---|---|

**2.69**

Priority creditor's name and mailing address

Victoria M. Manna

107 S. Red Bud St.

Ector, TX 75439

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

$4,378.50      $4,378.50

---

**2.70**

Priority creditor's name and mailing address

Wendy Kennedy

4541 FM 824

Honey Grove, TX 75446

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

$2,666.47      $2,666.47

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

Performance Plus

Employee Assistance Programs

PO Box 2061

Sherman, TX 75091-2061

Date or dates debt was incurred  _____

Last 4 digits of account number   2 _ 5 _ 3 _ 6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,620.00

---

**3.2** | **Nonpriority creditor's name and mailing address**

ADP 401(k) Operations

1 Adp Blvd M/s 575

Roseland, NJ 07068-1728

Date or dates debt was incurred  _____

Last 4 digits of account number   3 _ 0 _ 4 _ 0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** unknown

---

**3.3** | **Nonpriority creditor's name and mailing address**

AllData

9650 W. Taron Dr. 100

Elk Grove, CA 95757

Date or dates debt was incurred  _____

Last 4 digits of account number   _ _ _ _

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,085.00

---

**3.4** | **Nonpriority creditor's name and mailing address**

American Public Life Insurance Company

Dept. 1613

PO Box 11407

Birmingham, AL 35246-1613

Date or dates debt was incurred  _____

Last 4 digits of account number   6 _ 5 _ 7 _ 8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,383.00

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address
**ASDodson Enterprises, LLC**

**775 Everheart Rd.**

**Bells, TX 75414**

Date or dates debt was incurred     **10/08/2022**

Last 4 digits of account number     **1   5   3   2**

As of the petition filing date, the claim is:     **$710.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Atmos Energy**

**PO Box 740353**

**Cincinnati, OH 45274-0353**

Date or dates debt was incurred     _____

Last 4 digits of account number     **5   9   8   8**

As of the petition filing date, the claim is:     **$2,400.27**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Bells Family Drug**

**103 W. Bells Blvd.**

**Bells, TX 75414**

Date or dates debt was incurred     **11/03/2022**

Last 4 digits of account number     **0   9   -   0**

As of the petition filing date, the claim is:     **$71.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Bells Tire Center**

**109 N. Broadway**

**Bells, TX 75414**

Date or dates debt was incurred     **9/15/2022**

Last 4 digits of account number     **4   7   7   3**

As of the petition filing date, the claim is:     **$63.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address

**Big M Auto Supply Limited**

**NAPA Auto Parts 365**

**4301 N. Texoma Parkway**

**Sherman, TX 75090**

Date or dates debt was incurred

Last 4 digits of account number    **7   7   7   8**

As of the petition filing date, the claim is: $1,161.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Blake Utter**

**PO Box 695**

**Denison, TX 75021**

Date or dates debt was incurred    **04/26/2023**

Last 4 digits of account number    **6   6   3   2**

As of the petition filing date, the claim is: $1,185.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**Blue Cross Blue Shield**

**Po Box 660044**

**Dallas, TX 75266-0044**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $54,232.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Captivate Billing, LLC**

**908 Main Street 210**

**Louisville, CO 80027**

Date or dates debt was incurred

Last 4 digits of account number    **2   -   0   5**

As of the petition filing date, the claim is: $81,615.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.13** | Nonpriority creditor's name and mailing address

**Comnet**

**1420 Lakeside Pkwy Ste 110**

**Flower Mound, TX 75028-4035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$319.00

---

**3.14** | Nonpriority creditor's name and mailing address

**Coopers Copies and Printing**

**1014 Dallas Dr.**

**Denton, TX 76205**

Date or dates debt was incurred _____

Last 4 digits of account number  5   0   5   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,924.00

---

**3.15** | Nonpriority creditor's name and mailing address

**De Lage Landen Financial Services, Inc.**

**1111 Old Eagle School Road**

**Wayne, PA 19087**

Date or dates debt was incurred _____

Last 4 digits of account number  3   2   8   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,340.65

---

**3.16** | Nonpriority creditor's name and mailing address

**Experian**

**475 Anton Blvd**

**Costa Mesa, CA 92626-7037**

Date or dates debt was incurred  09/24/2021

Last 4 digits of account number  4   4   5   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$52.00

Debtor    **Bells-Savoy Community Emergency Services, Inc.**    Case number *(if known)* _____

Name

## Part 2: Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**3.17** Nonpriority creditor's name and mailing address

Flex Financial

a division of Stryker Sales Corporation

1901 Romance Road Parkway

Portage, MI 49002

Date or dates debt was incurred    07/16/2019

Last 4 digits of account number    9  3  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

Flex Financial

a division of Stryker Sales Corporation

1901 Romance Road Parkway

Portage, MI 49002

Date or dates debt was incurred    10/12/2020

Last 4 digits of account number    7  4  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

Freedom CDJR Sherman North

2300 US Highway 75 North

Sherman, TX 75090

Date or dates debt was incurred    12/06/2022

Last 4 digits of account number    6  8  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$388.00

---

**3.20** Nonpriority creditor's name and mailing address

Frontier

PO Box 211579

Saint Paul, MN 55121-2879

Date or dates debt was incurred    _____

Last 4 digits of account number    8  0  -  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,527.69

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Frontier Waste Solutions-Texoma**

**600 Highport Rd**

**Pottsboro, TX 75076**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$99.17

---

**3.22** Nonpriority creditor's name and mailing address

**Goins Building Material**

**708 Spur 316**

**Pottsboro, TX 75076**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  2  0  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$174.00

---

**3.23** Nonpriority creditor's name and mailing address

**Graham International, Inc. - Sherman**

**5800 Texoma Parkway**

**Sherman, TX 75090-2134**

Date or dates debt was incurred _____

Last 4 digits of account number  **6  4  2  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,431.61

---

**3.24** Nonpriority creditor's name and mailing address

**Integrity Car Care**

**1321 Us Highway 377**

**Pilot Point, TX 76258**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,391.83

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                    Case number *(if known)* _____
　　　　 Name

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Jason B. Jones**

**201 George Rd.**

**Howe, TX 75459**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

__unknown__

---

**3.26** Nonpriority creditor's name and mailing address

**Kwik Kar Lube and Tune**

**1909 Loy Lake Road**

**Sherman, TX 75090**

Date or dates debt was incurred __10/12/2022__

Last 4 digits of account number __1  5  8  8__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$83.97

---

**3.27** Nonpriority creditor's name and mailing address

**LEAF Capital Funding**

**Coast Biomedical Equipment**
**14th Floor**

**2005 Market St**

**Philadelphia, PA 19103-7042**

Date or dates debt was incurred __05/07/2023__

Last 4 digits of account number __-  0  0  1__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$150,838.91

---

**3.28** Nonpriority creditor's name and mailing address

**McClanahan and Holmes, LLP**

**304 West Chestnut**

**Denison, TX 75020**

Date or dates debt was incurred __0/31/2023__

Last 4 digits of account number __S  0  0  2__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,138.00

---

Debtor    **Bells-Savoy Community Emergency Services, Inc.**
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.29** Nonpriority creditor's name and mailing address

**McKesson Medical-Surgical, Inc.**

**9954 Mayland Dr Ste 4000**

**Henrico, VA 23233-1484**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   8   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,708.27

---

**3.30** Nonpriority creditor's name and mailing address

**Mitchell Welding Supply Company**

**3320 Ne Loop 286**

**Paris, TX 75460-3440**

Date or dates debt was incurred   **12/29/2022**

Last 4 digits of account number   **7   9   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$175.75

---

**3.31** Nonpriority creditor's name and mailing address

**Mosiac One Urgent Care Center**

**1313 N. Travis St. 102**

**Sherman, TX 75092**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   0   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,005.00

---

**3.32** Nonpriority creditor's name and mailing address

**Mr. Biomed Tech Services**

**555 N. 5th Street 109**

**Garland, TX 75040**

Date or dates debt was incurred   **08/25/2022**

Last 4 digits of account number   **0   8   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$310.00

---

Debtor    **Bells-Savoy Community Emergency Services, Inc.**    Case number *(if known)* _____
          Name

---

**Part 2:** Additional Page

---

| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $417.66 |
|---|---|---|---|

**Myron Corp.**

**Po Box 69073**

**Baltimore, MD 21264-7530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number  **4 _O_ _M_ _Y_**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.71 |
|---|---|---|---|

**Napa Auto Parts**

**4301 Texoma Pkwy**

**Sherman, TX 75090-1933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,536.34 |
|---|---|---|---|

**Nortex Lube and Tune #1190**

**908 N State Highway 121**

**Bonham, TX 75418-2031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number  **0 _7_ _4_ _3_**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.23 |
|---|---|---|---|

**Oak Ridge - South Gale Water Corp.**

**PO Box 1263**

**Denison, TX 75021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **5/15/2023**

Basis for the claim: **Utility**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2">■ **Part 2:** Additional Page</td></tr>
</table>

| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,877.15 |
|---|---|---|---|
| | **O'Reilly Automotive, Inc.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **PO Box 9464** | | |
| | **Springfield, MO 65801-9464** | Basis for the claim: **Trade debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   **1  0  1  4** | ☑ No<br>☐ Yes | |

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,620.00 |
|---|---|---|---|
| | **Performance Plus** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **1800 Teague Dr** | | |
| | **Sherman, TX 75090-2640** | Basis for the claim: **Trade debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $676.77 |
|---|---|---|---|
| | **Pitney Bowes** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **2225 American Dr** | | |
| | **Neenah, WI 54956-1005** | Basis for the claim: **Trade debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   **0  1  8  3** | ☑ No<br>☐ Yes | |

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|
| | **Pitney Bowes** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **2225 American Dr** | | |
| | **Neenah, WI 54956-1005** | Basis for the claim: **Lease Agreement** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No<br>☐ Yes | |

Debtor   **Bells-Savoy Community Emergency Services, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.41**  Nonpriority creditor's name and mailing address

**Print Works - Corporate Headquarters**

**6955 Lamar Ave**

**Paris, TX 75462**

Date or dates debt was incurred  _____

Last 4 digits of account number   4  5  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$2,273.75

---

**3.42**  Nonpriority creditor's name and mailing address

**Promo Lab**

**409 S. Central Expw 107 #508**

**Anna, TX 75409**

Date or dates debt was incurred   11/28/2022

Last 4 digits of account number   0  2  4  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$2,084.18

---

**3.43**  Nonpriority creditor's name and mailing address

**QuadMed, Inc.**

**PO Box 550773**

**Jacksonville, FL 32255**

Date or dates debt was incurred  _____

Last 4 digits of account number   1  3  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$4,649.22

---

**3.44**  Nonpriority creditor's name and mailing address

**Red Key Technology**

**1800 Teague dr.**

**Sherman, TX 75090**

Date or dates debt was incurred  _____

Last 4 digits of account number   0  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$3,978.70

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.12
---|---|---|---
| Sanitation Solutions, Inc. | ☐ Contingent | |
| A Wasted Connections Company | ☐ Unliquidated | |
| | ☐ Disputed | |
| PO Box 6190 | **Basis for the claim:**  Trade debt | |
| Paris, TX 75461-6190 | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |
| **Date or dates debt was incurred**   03/31/2023 | | |
| **Last 4 digits of account number**   4   4   6   2 | | |

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.20
---|---|---|---
| Secure On-Site Shredding, Inc. | ☐ Contingent | |
| 1002 N Central Expy Ste 239 | ☐ Unliquidated | |
| Richardson, TX 75080-4658 | ☐ Disputed | |
| | **Basis for the claim:**  Trade debt | |
| | **Is the claim subject to offset?** | |
| **Date or dates debt was incurred**   02/21/2023 | ☑ No | |
| **Last 4 digits of account number**   2   1   2   3 | ☐ Yes | |

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.70
---|---|---|---
| Shipman Communications | ☐ Contingent | |
| 1815 W Morton St | ☐ Unliquidated | |
| Denison, TX 75020-1752 | ☐ Disputed | |
| | **Basis for the claim:**  Trade debt | |
| **Date or dates debt was incurred**   11/28/2022 | **Is the claim subject to offset?** | |
| | ☑ No | |
| **Last 4 digits of account number**   6   7   2   6 | ☐ Yes | |

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317,827.00
---|---|---|---
| Siddons-Martin Emergency Group | ☐ Contingent | |
| PO Box 679827 | ☐ Unliquidated | |
| Dallas, TX 75267-9827 | ☑ Disputed | |
| | **Basis for the claim:**  Trade debt | |
| **Date or dates debt was incurred**   9/30/2022 | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Last 4 digits of account number**   2   6   7   4 | ☑ Yes | |

Debtor   **Bells-Savoy Community Emergency Services, Inc.**                    Case number *(if known)* _____
         Name

---

**Part 2:**  Additional Page

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.17
| | *Check all that apply.*
| **Southwest Fannin S.U.D.** | ☐ Contingent
| | ☐ Unliquidated
| **8046 W Highway 56** | ☐ Disputed
| **Savoy, TX 75479-3448** | Basis for the claim:  **Utility**
| | Is the claim subject to offset?
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number ___ 5 7 2 | ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,860.54
| | *Check all that apply.*
| **Sparklight Business** | ☐ Contingent
| | ☐ Unliquidated
| **3720 Texoma Pkwy** | ☐ Disputed
| **Sherman, TX 75090-1922** | Basis for the claim:  **Trade debt**
| | Is the claim subject to offset?
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number  8 2 0 3 | ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.98
| | *Check all that apply.*
| **Sports Promotion Network** | ☐ Contingent
| | ☐ Unliquidated
| **Po Box 156387** | ☐ Disputed
| **Fort Worth, TX 76155-1387** | Basis for the claim:  **Trade debt**
| | Is the claim subject to offset?
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number  0 0 8 0 | ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,272.88
| | *Check all that apply.*
| **Staples Business Credit** | ☐ Contingent
| | ☐ Unliquidated
| **PO Box 105638** | ☐ Disputed
| **Atlanta, GA 30348-5638** | Basis for the claim:  **Trade debt**
| | Is the claim subject to offset?
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number  9 D A L | ☐ Yes

---

Debtor   **Bells-Savoy Community Emergency Services, Inc.**
_____ Case number *(if known)* _____

Name

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.53** | Nonpriority creditor's name and mailing address | |

**3.53** Nonpriority creditor's name and mailing address

Stericycle, Inc.

2355 Waukegan Rd.

Deerfield, IL 60015

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   3  6  9  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$622.80

---

**3.54** Nonpriority creditor's name and mailing address

Texas Mutual

Workers' Compensation Insurance

Po Box 841843

Dallas, TX 75284-1843

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   1  9  4  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,121.45

---

**3.55** Nonpriority creditor's name and mailing address

Tex-Oma Builders Supply Co.

2701 Commerce St

Wichita Falls, TX 76301-8052

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   0  5  4  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$230.00

---

**3.56** Nonpriority creditor's name and mailing address

Texomacare

PO Box 844707

Dallas, TX 75284-4707

**Date or dates debt was incurred**   01/10/2023

**Last 4 digits of account number**   4  4  8  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$35.00

---

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.99
--- | --- | --- | ---
| **TXU Energy** | ☐ Contingent |
| **Po Box 650700** | ☐ Unliquidated |
| **Dallas, TX 75265-0700** | ☐ Disputed |
| | **Basis for the claim:** Service |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  9  3  8  2 | ☑ No |
| | ☐ Yes |

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,650.95
| **Valero** | ☐ Contingent |
| **7201 Canyon Dr** | ☐ Unliquidated |
| **Amarillo, TX 79110-4339** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  6  0  3  3 | ☑ No |
| | ☐ Yes |

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,188.10
| **Verizon** | ☐ Contingent |
| **PO Box 489** | ☐ Unliquidated |
| **Newark, NJ 07101-0489** | ☐ Disputed |
| | **Basis for the claim:** Utility |
| Date or dates debt was incurred  03/21/2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number  0  0  0  1 | ☑ No |
| | ☐ Yes |

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,223.00
| **VFIS of Texas** | ☐ Contingent |
| **Building 3** | ☐ Unliquidated |
| **13625 Ronald W Regan Blvd 100** | ☐ Disputed |
| **Cedar Park, TX 78613** | **Basis for the claim:** Trade debt |
| Date or dates debt was incurred  11/18/2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number  4  9  4  9 | ☑ No |
| | ☐ Yes |

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,507.13 |
|---|---|---|---|
| | **Wakefield & Associates, LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **3033 South Parker Road 1010** | ☐ Unliquidated | |
| | **Aurora, CO 80014** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred    **03/31/2023** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number    **4  7  1  5** | ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.70 |
|---|---|---|---|
| | **Wilson N Jones Regional Med Center** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **500 N Highland Ave** | ☐ Unliquidated | |
| | **Sherman, TX 75092** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred    **12/10/2022** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number    **0  0  0  1** | ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.32 |
|---|---|---|---|
| | **ZIRMED** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Elavon** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **7300 Chapman Hwy** | **Basis for the claim:** Trade debt | |
| | **Knoxville, TN 37920** | | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred | ☑ No | |
| | Last 4 digits of account number    **4  6  6  3** | ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,284.00 |
|---|---|---|---|
| | **Zoll Data Systems** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **269 Mill Rd** | ☐ Unliquidated | |
| | **Chelmsford, MA 01824-4105** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number    __ __ __ __ | ☐ Yes | |

| Debtor | **Bells-Savoy Community Emergency Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,840.31 |
|---|---|---|---|

**Zoll Worldwide Headquarters**

**269 Mill Rd**

**Chelmsford, MA 01824-4105**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4 2 6 1

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor   __Bells-Savoy Community Emergency Services, Inc.__   Case number *(if known)* _____
         Name

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$141,646.81** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$820,253.74** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$961,900.55** |

Fill in this information to identify the case:

Debtor name ___Bells-Savoy Community Emergency Services, Inc.___

United States Bankruptcy Court for the:
___Northern District of Texas___

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease, Lease No. 100-10229323 <br> Contract to be REJECTED | Flex Financial <br> a division of Stryker Sales Corporation <br> 1901 Romance Road Parkway <br> Portage, MI 49002 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for EMS services <br> Contract to be REJECTED | City of Tioga <br> Po Box 206 <br> Tioga, TX 76271-0206 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement <br> Contract to be ASSUMED | American Incentive Advisors, LLC <br> 8911 N Capital of Texas Hwy 1105 1105 <br> Austin, TX 78759 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease <br> Contract to be REJECTED | De Lage Landen Financial Services, Inc. <br> 1111 Old Eagle School Road <br> Wayne, PA 19087 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number *(if known)* |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

State what the contract or lease is for and the nature of the debtor's interest
Equipment Lease, Lease No. 0110117437

Contract to be REJECTED

State the term remaining
0 months

List the contract number of any government contract

Flex Financial

a division of Stryker Sales Corporation

1901 Romance Road Parkway

Portage, MI 49002

**2.6**

State what the contract or lease is for and the nature of the debtor's interest
Equipment Lease

Contract to be REJECTED

State the term remaining
0 months

List the contract number of any government contract

LEAF

Coast Biomedical Equipment 14th Floor

2005 Market St

Philadelphia, PA 19103-7042

**2.7**

State what the contract or lease is for and the nature of the debtor's interest
Service Plan

Contract to be REJECTED

State the term remaining
0 months

List the contract number of any government contract

Zoll Worldwide Headquarters

269 Mill Rd

Chelmsford, MA 01824-4105

Fill in this information to identify the case:

Debtor name   **Bells-Savoy Community Emergency Services, Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
                                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Debtor | Bells-Savoy Community Emergency Services, Inc. | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ Street | _____ | ❏ D |
| | | _____ | | ❏ E/F |
| | | | | ❏ G |
| | | City State ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____Bells-Savoy Community Emergency Services, Inc._____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................................... | $550,000.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.................................................................................................. | $2,260,056.12

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.................................................................................................... | $2,810,056.12

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $799,652.99

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... | $141,646.81

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | + $820,253.74

4. **Total liabilities**........................................................................................................................... | $1,761,553.54

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Bells-Savoy Community Emergency Services, Inc._____

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2023 to Filing date  MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | undetermined  $0.00 |
| **For prior year:**  From 01/01/2022 to 12/31/2022  MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | undetermined  $0.00 |
| **For the year before that:**  From 01/01/2021 to 12/31/2021  MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | undetermined  $0.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2023 to Filing date  MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**  From 01/01/2022 to 12/31/2022  MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**  From 01/01/2021 to 12/31/2021  MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    Bells-Savoy Community Emergency Services, Inc.                    Case number *(if known)*
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Internal Revenue Service<br>Creditor's name<br><br>P.O. Box 7346<br>Street<br><br>Special Procedures-Insolvency<br><br>Philadelphia, PA 19101<br>City          State     ZIP Code | 6/2/2023 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other 941 Liability |
| 3.2. Cendera Bank, N.A.<br>Creditor's name<br><br>615 E Bells Blvd<br>Street<br><br><br>Bells, TX 75414-4261<br>City          State     ZIP Code | 04/13/2023 | $84,675.24 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

Debtor   Bells-Savoy Community Emergency Services, Inc.                          Case number *(if known)*
         Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Cendera Bank, N.A.<br>Creditor's name<br><br>615 E Bells Blvd<br>Street<br><br><br>Bells, TX 75414-4261<br>City                    State        ZIP Code | Surrendered 2022 Crestline Ford F-350 VIN 1FDRF3GT6NEE70983 Stryker Performance Load Drug Locker | 05/06/2023 | $230,000.00 |
| 5.2. Cendera Bank, N.A.<br>Creditor's name<br><br>615 E Bells Blvd<br>Street<br><br><br>Bells, TX 75414-4261<br>City                    State        ZIP Code | Surrendered 2014 Dodge Ram Braun Ambulance VIN 3C7WRKBL1FG539477 Drug Locker | 05/06/2023 | $85,000.00 |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Cendera Bank, N.A.<br>Creditor's name<br><br>615 E Bells Blvd<br>Street<br><br><br>Bells, TX 75414-4261<br>City                    State        ZIP Code | Set off funds in bank account(s); amount undetermined<br><br>XXXX– 3 _0_ _6_ _0_ | 3/2023 | |
| 6.2. First United Bank and Trust Co<br>Creditor's name<br><br>931 W. Main<br>Street<br><br>Dennison Main Community Bank<br>Denison, TX 75020<br>City                    State        ZIP Code | Set off funds in bank account(s); amount undetermined<br><br>XXXX– __ __ __ __ | | |

---

**Part 3:**  Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____ | Name<br><br>Street<br><br><br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  Bells-Savoy Community Emergency Services, Inc.     Case number *(if known)*
      Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City      State      ZIP Code | | City      State      ZIP Code |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. Vehicle Accident covered by insurance | $3,800.00 | 1/12/2023 | $3,800.00 |
| 10.2. Vehicle Accident covered by insurance. Vehicle was totaled and building repaired. | | 2022 | Unknown |

Debtor  Bells-Savoy Community Emergency Services, Inc.                    Case number *(if known)*
        Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Rochelle McCullough, LLP | Bankruptcy Retainer Fee | 5/2/2023 | $5,000.00 |

**Address**

325 N Saint Paul St Ste 4500
Street

Dallas, TX 75201-3827
City                State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Crowe & Dunlevy

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Crowe & Dunlevy | Retainer Fee ($5,000.00 paid to Rochelle McCullough, LLP) | 03/29/2023 | $26,000.00 |

**Address**

2525 McKinnon St 425
Street

Dallas, TX 75201
City                State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

Debtor  Bells-Savoy Community Emergency Services, Inc.                    Case number (if known) _____
        Name

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Tioga EMS, Inc. | Purchase of Vehicles | 4/13/2023 | $84,675.24 |
| | **Address** | | | |
| | 108 S. Lamar St. | | | |
| | Street | | | |
| | Tioga, TX 76271-3555 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Tioga EMS, Inc. | Purchase of 2021 CMH TRU MH997 Delight Serial BEL015010TX | 5/11/2023 | $25,000.00 |
| | **Address** | | | |
| | 108 S. Lamar St. | | | |
| | Street | | | |
| | Tioga, TX 76271-3555 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Debtor    Bells-Savoy Community Emergency Services, Inc.                    Case number *(if known)*
     Name

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Tioga EMS, Inc. | Transfer and Assumption Agreement with Leaf Capital Funding | 5/19/2023 | (Unknown) |
| | **Address** | | | |
| | 108 S. Lamar St. | | | |
| | Street | | | |
| | | | | |
| | Tioga, TX 76271-3555 | | | |
| | City    State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City    State   ZIP Code | |

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | | |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ | | |
| City  State  ZIP Code | | *Check all that apply:* |
| | | ☐ Electronically |
| | | ☐ Paper |

Debtor   Bells-Savoy Community Emergency Services, Inc.                    Case number *(if known)*
         Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Medical records, Medical billing (Captivate)

      Does the debtor have a privacy policy about that information?

      ☑ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ADP 401K | EIN: 7 5 – 1 7 3 6 3 1 7 |

      Has the plan been terminated?

      ☐ No

      ☑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City State ZIP Code | _____ _____ **Address** _____ | _____ _____ _____ _____ | ☐ No ☐ Yes |

Debtor ___Bells-Savoy Community Emergency Services, Inc.___   Case number (if known) _____
Name

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

---

Debtor   Bells-Savoy Community Emergency Services, Inc.                    Case number *(if known)* _____
                Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| | | |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor  Bells-Savoy Community Emergency Services, Inc.                                  Case number *(if known)*
_____
Name

| Name and address | Dates of service |
|---|---|
| 26a.1. McClanahan and Holmes, LLP | From _____ To _____ |
| Name | |
| 304 West Chestnut | |
| Street | |
| | |
| Denison, TX 75020 | |
| City                    State              ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. McClanahan and Holmes, LLP | From _____ To _____ |
| Name | |
| 304 West Chestnut | |
| Street | |
| | |
| Denison, TX 75020 | |
| City                    State              ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. McClanahan and Holmes, LLP | _____ |
| Name | _____ |
| 304 West Chestnut | _____ |
| Street | |
| | |
| Denison, TX 75020 | |
| City                    State              ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Cendera Bank, N.A. |
| Name |
| 615 E. Bells Blvd. |
| Street |
| |
| Bells, TX 75414 |
| City                    State              ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

Debtor   Bells-Savoy Community Emergency Services, Inc.                                    Case number (if known) _____
         Name

| Name and address of the person who has possession of inventory records |

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                    State          ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Jim Jarvis | Po Box 506 Savoy, TX 75479-0506 | President, | 0.00% |
| Dr. Dean Flyger | 102 S Branch St Bells, TX 75414-3401 | Vice President, | 0.00% |
| Andy Faber | 1473 Vernon St Bells, TX 75414-3426 | Secretary, | 0.00% |
| Tom Carter | 811 W Bells Blvd Bells, TX 75414 | Member, | 0.00% |
| Jim Williams | 1281 Harrison Rd Denison, TX 75021 | Member, | 0.00% |
| Jason B. Jones | 201 George Rd Howe, TX 75459 | Director, | 0.00% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Debbie Albert | _____ | CFO, | From _____ To _____ |
| Bill Ray | 3200 Pilgrim Dr Melissa, TX 75454-3137 | Director, | From _____ To _____ |
| James Frame | _____ | Director, | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ Name | _____ | _____ | _____ |

      _____
      Street

      _____

      _____
      City                    State          ZIP Code

| Relationship to debtor |

_____

Debtor   Bells-Savoy Community Emergency Services, Inc.     Case number *(if known)* _____
    Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/12/2023_____
        MM/  DD/  YYYY

**X** /s/ Jason Jones _____          Printed name _____Jason Jones_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor _____Director_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**      Bells-Savoy Community Emergency Services, Inc.

Case No. _____

**Debtor**                                                                    Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................   $5,000.00

Prior to the filing of this statement I have received ................................................................   $5,000.00

Balance Due ...............................................................................................................................   $0.00

2.      The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __06/12/2023__ | __/s/ Joseph F. Postnikoff__ |
| *Date* | Joseph F. Postnikoff |
| | *Signature of Attorney* |
| | Bar Number: 16168320 |
| | Rochelle McCullough, LLP |
| | 300 Throckmorton St Ste 520 |
| | Fort Worth, TX 76102-2929 |
| | Phone: (817) 291-9822 |
| | |
| | __Rochelle McCullough, LLP__ |
| | *Name of law firm* |

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Bells-Savoy Community Emergency**                                    CASE NO
          **Services, Inc.**

                                                                              CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____06/12/2023_____     Signature _____/s/ Jason Jones_____
                                                                              Jason Jones, Director

Performance Plus
Employee Assistance Programs
PO Box 2061
Sherman, TX 75091-2061


Adam Z. Mitchell
104 Mark Dr.
Denison, TX 75021


ADP 401(k) Operations
1 Adp Blvd M/s 575
Roseland, NJ 07068-1728


AllData
9650 W. Taron Dr. 100
Elk Grove, CA 95757


Amber N. Castle
910 W. 8th St.
Bonham, TX 75418


American Incentive Advisors,
LLC
8911 N Capital of Texas Hwy 1105 1105
Austin, TX 78759


American Public Life
Insurance Company
Dept. 1613
PO Box 11407
Birmingham, AL 35246-1613

Andrea M. Tinoco
411 County Road 33450
Sumner, TX 75486

ASDodson Enterprises, LLC
775 Everheart Rd.
Bells, TX 75414


Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353


Belinda D. Swearingin
7674 County Road 4617
Wolfe City, TX 75496


Bells Family Drug
103 W. Bells Blvd.
Bells, TX 75414


Bells Tire Center
109 N. Broadway
Bells, TX 75414


Big M Auto Supply Limited
NAPA Auto Parts 365
4301 N. Texoma Parkway
Sherman, TX 75090


Billy G. Cox
PO Box 150
Collinsville, TX 76233


Blake Utter
PO Box 695
Denison, TX 75021

Blue Cross Blue Shield
Po Box 660044
Dallas, TX 75266-0044


Bruce Stidham Tax Assessor-
Collector
100 Houston 11
Sherman, TX 75090


Captivate Billing, LLC
908 Main Street 210
Louisville, CO 80027


Cendera Bank, N.A.
615 E Bells Blvd
Bells, TX 75414-4261


Chad J. Brem
3674 Us Highway 69
Denison, TX 75021-5966


Christopher R. Anderson
815 W Sears St
Denison, TX 75020


City of Tioga
Po Box 206
Tioga, TX 76271-0206


Claudia Michelle Garrison
10733 W US Hwy 82
Savoy, TX 75479

Cody R. Auldridge
508 W Denison Circle
Bells, TX 75414


Comnet
1420 Lakeside Pkwy Ste 110
Flower Mound, TX 75028-4035


Conner D. Brinkley
3430 W Houston St
Paris, TX 75460


Coopers Copies and Printing
1014 Dallas Dr.
Denton, TX 76205


Courtney L. Spence
1855 Winn Rd.
Collinsville, TX 76233


Courtney M. Tallos
3412 Lynbrook Dr.
Plano, TX 75075


Cramer D. Castle
PO Box 11
Gober, TX 75443


Dakota L. Dickey
33 Macarthur Dr
Denison, TX 75020-6560

Dakota W. Hunter
901 Sunset St.
Howe, TX 75459


David Groom
504 Dusty Ln.
Sherman, TX 75092


David Y. Perez
1117 Reed Cir,.
Howe, TX 75459


De Lage Landen Financial
Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Debbie Albert
1260 Eastline Rd
Bells, TX 75414-2611


Destany K. Lashley
3013 Northridge Dr. 1105
Sherman, TX 75090


Diana K. Scriven
3050 E. Lamar St.
Sherman, TX 75090


Don F. Towns, III
2300 Sable Wood Dr.
Anna, TX 75409

Donna Abbott
242 W Lake St
Sherman, TX 75090


Experian
475 Anton Blvd
Costa Mesa, CA 92626-7037


First United Bank and Trust
Co
Dennison Main Community Bank
931 W. Main
Denison, TX 75020

Flex Financial
a division of Stryker Sales Corporation
1901 Romance Road Parkway
Portage, MI 49002

Freedom CDJR Sherman North
2300 US Highway 75 North
Sherman, TX 75090


Frontier
PO Box 211579
Saint Paul, MN 55121-2879


Frontier Waste Solutions-
Texoma
600 Highport Rd
Pottsboro, TX 75076


Gary T. Halberstadt
13029 Palmera Dr.
Little Elm, TX 75068

Goins Building Material
708 Spur 316
Pottsboro, TX 75076

Graham International, Inc. -
Sherman
5800 Texoma Parkway
Sherman, TX 75090-2134

Gregory Agle
900 S FM 1417
Sherman, TX 75092

Hannah G. Foster
2300 Sable Wood Dr.
Anna, TX 75409

Integrity Car Care
1321 Us Highway 377
Pilot Point, TX 76258

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101

Issac L. Weaver
207 E. Travis St.
Leonard, TX 75452

Jacob R. Taylor
558 Nunnalee Ave.
Van Alstyne, TX 75495

James Hudson
PO Box 343
Savoy, TX 75479


James M. Morrison
1872 S. Shore Dr
Bonham, TX 75418


Jason B. Jones
201 George Rd.
Howe, TX 75459


Jason K. Devore
8714 County Road 1039
Blue Ridge, TX 75424-3734


Jason M. Brocato
202 Fitzgerald Ct
Tioga, TX 76271-2606


Jeffrey M. Bridges
623 E Heron St
Denison, TX 75021-6451


Jerielle D. Jarrett
1106 15th St.
Honey Grove, TX 75446


Jerry Carnes
205 Fitzgerald Ct.
Tioga, TX 76271

Jerry W. Hinson
10733 W. US Highway 82
Savoy, TX 75479


Jocelyn B. Moore
1872 S. Shore Dr
Bonham, TX 75418


Joe Dan Shelton
801 W. Hayes St.
Savoy, TX 75479


John W. Evans
1410 S Shore Dr
Bonham, TX 75418-5212


Jonathan McNeil
2700 S. Travis St.
Sherman, TX 75090


Jordan A. Stowers
1435 Calimus Flatt Rd.
Bells, TX 75414


Joshua Clark
2301 W. White Avenue 718
Mckinney, TX 75071


Joshua E. Aguirre
718 Hillside Dr.
Sherman, TX 75090

Joshua J. Mitchell
1135 Yowell Rd.
Whitesboro, TX 76273


Joshua M. Grisolia
2156 Hodgins Rd.
Van Alstyne, TX 75495


Joshua T. Ryals
500 Cowboy Way
Anna, TX 75409


Josue B. Hash-Castaneda
630 W. Texas St.
Denison, TX 75020


Justin A. Howerton
7300 Henneman Way 4111
Mckinney, TX 75070


Karen E. Gibbs
17344 N US Hwy 69
Whitewright, TX 75491


Kathryn A. Philpot
912 State Highway 11 E.
Wolfe City, TX 75496


Kiefer J Hansen
1600 La Salle Dr.
Sherman, TX 75090

Kwik Kar Lube and Tune
1909 Loy Lake Road
Sherman, TX 75090

Kyle R. Johnson
PO Box 927
Van Alstyne, TX 75495

Laura A. Rice
4574 N State Highway 121
Bonham, TX 75418

LEAF
Coast Biomedical Equipment
14th Floor
2005 Market St
Philadelphia, PA 19103-7042

LEAF Capital Funding
Coast Biomedical Equipment
14th Floor
2005 Market St
Philadelphia, PA 19103-7042

McClanahan and Holmes, LLP
304 West Chestnut
Denison, TX 75020

McKesson Medical-Surgical,
Inc.
9954 Mayland Dr Ste 4000
Henrico, VA 23233-1484

Miles E. Thayer
806 Kipling Dr.
Allen, TX 75002

Mitchell Welding Supply
Company
3320 Ne Loop 286
Paris, TX 75460-3440

Mosiac One Urgent Care
Center
1313 N. Travis St. 102
Sherman, TX 75092

Mr. Biomed Tech Services
555 N. 5th Street 109
Garland, TX 75040

Myron Corp.
Po Box 69073
Baltimore, MD 21264-7530

Napa Auto Parts
4301 Texoma Pkwy
Sherman, TX 75090-1933

Natasha D. West
147 Tumbleweed Trl.
Denison, TX 75021

Nortex Lube and Tune #1190
908 N State Highway 121
Bonham, TX 75418-2031

Oak Ridge - South Gale Water
Corp.
PO Box 1263
Denison, TX 75021

O'Reilly Automotive, Inc.
PO Box 9464
Springfield, MO 65801-9464


Performance Plus
1800 Teague Dr
Sherman, TX 75090-2640


Pitney Bowes
2225 American Dr
Neenah, WI 54956-1005


Print Works - Corporate
Headquarters
6955 Lamar Ave
Paris, TX 75462


Promo Lab
409 S. Central Expw 107 #508
Anna, TX 75409


QuadMed, Inc.
PO Box 550773
Jacksonville, FL 32255


Red Key Technology
1800 Teague dr.
Sherman, TX 75090


Richard W. Hartman, III
108 S. Lamar St
108 S. Lamar St.
Tioga, TX 76271

Roman D. Wilburn
2300 W. Taylor St. 1401
Sherman, TX 75092


Roo C Carpenter
226 Sherwood Dr
Gordonville, TX 76245-5728


Russell W. Hunter
901 Sunset St
Howe, TX 75459-4524


Ryan M. Ward
701 Verna Ln.
Denison, TX 75020


Sanitation Solutions, Inc.
A Wasted Connections Company
PO Box 6190
Paris, TX 75461-6190


Sara J. Henne
PO Box 591
Bonham, TX 75418


Secure On-Site Shredding,
Inc.
1002 N Central Expy Ste 239
Richardson, TX 75080-4658


Shelby E. Dickerson
900 Rice St.
Denison, TX 75020

Shipman Communications
1815 W Morton St
Denison, TX 75020-1752


Siddons-Martin Emergency
Group
PO Box 679827
Dallas, TX 75267-9827


Southwest Fannin S.U.D.
8046 W Highway 56
Savoy, TX 75479-3448


Sparklight Business
3720 Texoma Pkwy
Sherman, TX 75090-1922


Sports Promotion Network
Po Box 156387
Fort Worth, TX 76155-1387


Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638


Stericycle, Inc.
2355 Waukegan Rd.
Deerfield, IL 60015


Taylor D. Jeffrey
1704 Timberline Ln.
Sherman, TX 75092

Texas Comptroller Of Public
Accounts
State Comptroller of Public Accounts
Revenue Acct Div-Bk Section
P.O. Box 13528
Austin, TX 78711

Texas Mutual
Workers' Compensation Insurance
Po Box 841843
Dallas, TX 75284-1843

Texas Workforce Commission
TEC Building- Bankruptcy
101 E. 15th Street
Austin, TX 78778

Tex-Oma Builders Supply Co.
2701 Commerce St
Wichita Falls, TX 76301-8052

Texomacare
PO Box 844707
Dallas, TX 75284-4707

Timothy L. Sadler
809 W. 8th St.
Bonham, TX 75418

TXU Energy
Po Box 650700
Dallas, TX 75265-0700

Tyler C. Lollar
108 Kristy Ct.
Pottsboro, TX 75076

U.S. Department of Labor
Legal Counsel
Office Number N-2700
200 Constitution Ave Nw
Washington, DC 20210-0001

Valero
7201 Canyon Dr
Amarillo, TX 79110-4339

Verizon
PO Box 489
Newark, NJ 07101-0489

VFIS of Texas
Building 3
13625 Ronald W Regan Blvd 100
Cedar Park, TX 78613

Victoria M. Manna
107 S. Red Bud St.
Ector, TX 75439

Wakefield & Associates, LLC
3033 South Parker Road 1010
Aurora, CO 80014

Wendy Kennedy
4541 FM 824
Honey Grove, TX 75446

Wilson N Jones Regional Med
Center
500 N Highland Ave
Sherman, TX 75092

ZIRMED
Elavon
7300 Chapman Hwy
Knoxville, TN 37920

Zoll Data Systems
269 Mill Rd
Chelmsford, MA 01824-4105

Zoll Worldwide Headquarters
269 Mill Rd
Chelmsford, MA 01824-4105

Fill in this information to identify the case:

Debtor name _____ Bells-Savoy Community Emergency Services, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/12/2023___
　　　　　　　MM/ DD/ YYYY

X /s/ Jason Jones _____
Signature of individual signing on behalf of debtor

Jason Jones _____
Printed name

Director _____
Position or relationship to debtor